United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| EVANGELINA SANCHEZ and JUANITA SANCHEZ, <br> Plaintiffs, <br><br> VS. <br><br> ALLSTATE INSURANCE COMPANY, <br> Defendant. | § § § § § § § § | CIVIL ACTION NO. B-05-004 |

## ORDER

Pending before the Court is the Agreed Motion for Remand (Docket No. 11) filed by the parties. In accordance with that agreement, the Court **GRANTS** said motion and hereby **ORDERS** that the above-captioned cause of action be remanded to the Cameron County Court at Law Number One in Cameron County, Texas. All other pending motions in this matter (Docket Nos. 4 & 5) are hereby **DENIED as moot**.

Signed in Brownsville, Texas, this 5th day of May, 2005.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE